ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 JUL -8 P 1:13

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WESLEY EUGENE DOLLAR, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 311-018 |
| RALPH M. KEMP, Warden, et al., | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 15). Because Plaintiff has been transferred from Wheeler Correctional Facility ("WCF") to Macon State Prison, his motions for preliminary injunctive relief against officials at WCF are moot, as explained in detail in the R&R. (See doc. no. 13, p. 3.) Plaintiff's objections, which consist primarily of allegations regarding his medical care while incarcerated at WCF, are plainly without merit, and thus are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motions for a preliminary injunction and a temporary restraining order are **DENIED AS MOOT**. (Doc. nos. 6, 7-1, 7-2.)

SO ORDERED this ___ day of _____, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE